UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

TICOR TITLE INSURANCE CO.,

        Plaintiff,

-v-

EMPIRE LOGGING AND TIMBER, LLC, and
ROBERT E. BASCHMANN, JR.,

        Defendants.

---------------------------------------------------------- x

JUDGE SAND

08 Civ. CV 1336

RULE 7.1 DISCLOSURE



FEB 1 1 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Plaintiff Ticor Title Insurance Co., for its Rule 7.1 Statement of Corporate Disclosures, identifies Chicago Title and Trust Company as its parent corporation. Chicago Title and Trust Company is, in turn, a wholly owned subsidiary of Fidelity National Title Group, Inc., which is wholly owned by Fidelity National Financial, Inc., a publicly held company.

Dated: February 11, 2008

DEWEY & LEBOEUF LLP

By: _____
Christopher J. Clark
Paul H. Cohen
Kevin C. Wallace
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000

*Attorneys for Plaintiff Ticor Title Insurance Co.*