# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092

tel   +1 212 259 8145
fax  +1 212 259 6333
pcohen@dl.com

**MEMO ENDORSED**





USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-13-08

February 12, 2008

**BY HAND**

The Honorable Leonard B. Sand
United States District Judge for the
Southern District of New York
500 Pearl Street, Room 1650
New York, New York 10007

Re: *Ticor Title Insurance Co. v. Empire Logging and Timber, LLC et ano.*, 08 Civ. 1336 (LBS)

Dear Judge Sand:

    We represent plaintiff in the above-referenced action. I write to confirm the details of my telephone conversation with Your Honor earlier today. In that conversation, Your Honor reiterated that the Order to Show Cause issued by the Court yesterday currently restrains defendants from withdrawing, transferring, or disposing of any funds deposited in defendants' account with the Bank of China, pending a determination at the hearing scheduled for February 14, 2008 at 10:00am.

    The Bank of China has requested Your Honor's written confirmation of the understanding that the temporary restraining order pertaining to defendants' account is now in effect. We greatly appreciate Your Honor's indulgence.

Respectfully submitted,

Paul H. Cohen

*Conformed*
*/s/ Sand*
2/13/08  LBS

cc:  Robert E. Baschmann, Jr. (via e-mail)
     Christopher Brady, Esq. (via e-mail)

**MEMO ENDORSED**

NEW YORK  |  LONDON MULTINATIONAL PARTNERSHIP  |  WASHINGTON, DC
ALBANY  |  ALMATY  |  AUSTIN  |  BEIJING  |  BOSTON  |  BRUSSELS  |  CHARLOTTE  |  CHICAGO  |  DUBAI
EAST PALO ALTO  |  FRANKFURT  |  HARTFORD  |  HONG KONG  |  HOUSTON  |  JACKSONVILLE  |  JOHANNESBURG (PTY) LTD.
LOS ANGELES  |  MILAN  |  MOSCOW  |  PARIS MULTINATIONAL PARTNERSHIP  |  RIYADH AFFILIATED OFFICE  |  ROME  |  SAN FRANCISCO  |  WARSAW