SAND5c

Christopher J. Clark
Paul H. Cohen
Kevin C. Wallace
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, New York 10019
(212) 259-8000
*Attorneys for Plaintiff Ticor Title Insurance Co.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-11-08
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

TICOR TITLE INSURANCE CO.,

    Plaintiff,

-v-

EMPIRE LOGGING AND TIMBER, LLC,
and ROBERT E. BASCHMANN, JR.,

    Defendants.

------------------------------------x

JUDGE SAND
08 CV 1336

Civil Action No. 08-

ORDER TO SHOW CAUSE

This matter having been opened to the Court upon the application of Plaintiff, Ticor Title Insurance Co. ("Ticor Title"), by its attorneys Dewey & LeBoeuf LLP, for an Order to Show Cause why a temporary restraining order and preliminary injunction should not issue in this matter and for other relief; and the Court having considered Plaintiff's Complaint, supporting Brief, the Affidavit of Brian Lamb and attached exhibits, and for good cause having been shown;

   **IT IS HEREBY ORDERED** on this ___11___ day of February, 2008 as follows:

Defendants Empire Logging and Timber LLC ("Empire Logging") and Robert E. Baschmann, Jr. ("Baschmann") shall show cause before the United States District Court, Southern District of New York, 120 Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on ___Feb. 14___, 2008, at __10:00__ o'clock _A_.m., or as soon thereafter as counsel can be heard, why a temporary restraining order and preliminary injunction should not issue ordering Empire Logging, Baschmann, their representatives, agents, employees and all persons acting in concert or participation with them who receive actual notice of such order by personal service or otherwise, to:

1. Cease and desist from withdrawing, transferring or disposing of any funds first deposited by loan applicants into Ticor Title's escrow accounts in connection with Defendants' so-called "private lending source programs," and then transmitted by Ticor Title to Defendants' Bank of China Account Number 01006012; and

2. Cease and desist from making any representations to the public that the Defendants are associated with or related to Ticor Title, whether in promotional materials, or by unauthorized use of the website www.washingtontitle.com, or otherwise, in connection with Defendants' so-called "private lending source programs."

**IT IS FURTHER ORDERED**, that service of this Order to Show Cause together with copies of Plaintiff's Complaint, supporting Memorandum of Law, and the Affidavit of Brian Lamb with attached exhibits on or before __11:00__ m. on February __12__, 2008 upon Defendants by electronic means or overnight delivery at 10375 Abbott Road, Boston, New York 14025, shall be deemed sufficient service; and

2

✓     **IT IS FURTHER ORDERED** that Defendant's answering brief, affidavits and/or certifications in opposition shall be served and filed with the Court on or before _____, 2008; and

✓     **IT IS FURTHER ORDERED** that Plaintiff's reply brief, affidavits or certifications, if any, shall be served and filed with the Court on or before _____, 2008.

Δ   Plaintiff shall post security in the amount of $300,000.— by 12:00 [noon] 10:00 AM on Feb. 15, 2008

_____
United States District Judge