USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TICOR TITLE INSURANCE CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EMPIRE LOGGING AND TIMBER, LLC )<br>and ROBERT E. BASCHMANN, JR., )<br>)<br>Defendants, ) | Civil Action No: 08-CV-1336<br><br><br><br><br><br>TEMPORARY RESTRAINING<br>ORDER |

WHEREAS, by an Order of the above entitled Court made on the __11th__ day of __February, 2008__, Plaintiff was required to file an undertaking in the sum of $ __Five Hundred Thousand and 00/100__ Dollars as a condition for a __Temporary Restraining Order__ to be in effect restraining and enjoining the above named Defendants from the commission of certain acts as more fully set forth in said Order,

NOW, THEREFORE, we, ___Ticor Title Insurance Co.___, as Principal, and __RLI Insurance Company__, a corporation, organized and existing under the laws of the State of __Illinois__ and authorized to transact business in the State of __New York__, as Surety, in consideration of the premises and the issuance of said __Temporary Restraining Order__, do hereby jointly and severally undertake to pay all costs and disbursements that may be decreed to the Defendants and such damages not exceeding the amount of __Five Hundred Thousand and 00/100__ Dollars ($ __500,000.00__ ), as the Defendants may sustain by reason of said ___Temporary Restraining Order___ if the same be wrongful and without sufficient cause.

IN WITNESS WHEREOF, we have each set our hands this __12th__ day of __February, 2008__.

Bond No: CMS238881

Ticor Title Insurance Co.
                                            Principal
By_____

Approved
2/13/08
S/ Michael McMahon
     Clerk
By _____
  Dep Clerk

RLI Insurance Company
                                            Surety
By_____
Brenda Wong, Attorney-in-Fact

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of Los Angeles

On ___FEB 1 2 2008___ before me, ___B. Aleman, Notary Public___, personally appeared ___Brenda Wong___ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(seal)                           Signature _B. Aleman_____
                                            B. Aleman

B. ALEMAN
Commission # 1774647
Notary Public - California
Los Angeles County
My Comm. Expires Oct 21, 2011



RLI Surety
P.O. Box 3967 | Peoria, IL 61612-3967
Phone: (800) 645-2402 | Fax: (309) 683-1610

# POWER OF ATTORNEY
## RLI Insurance Company

**Know All Men by These Presents:**

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company**, an Illinois corporation, does hereby make, constitute and appoint:
E. S. Albrecht Jr., Lisa L. Thornton, Tracy Aston, C. K. Nakamura, Maria Pena, Marina Tapia, Brenda Wong, Ashraf Elmasry, Simone Gerhard, KD Conrad, Joyce Herrin, Martha Gonzales, Edward Spector, jointly or severally,

in the City of _____Los Angeles_____, State of _____California_____ its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, the following described bond.

**Any and all bonds provided the bond penalty does not exceed Twenty Five Million Dollars ($25,000,000.00).**

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon this Company as if such bond had been executed and acknowledged by the regularly elected officers of this Company.

The **RLI Insurance Company** further certifies that the following is a true and exact copy of the Resolution adopted by the Board of Directors of **RLI Insurance Company**, and now in force to-wit:

"All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** has caused these presents to be executed by its ___Vice President___ with its corporate seal affixed this ___1st___ day of ___August___, ___2007___.

**RLI Insurance Company**

By: _____ Roy C. Die, Vice President

State of Illinois  } SS
County of Peoria }

On this ___1st___ day of ___August___, ___2007___, before me, a Notary Public, personally appeared ___Roy C. Die___, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _Cherie L. Montgomery_
Cherie L. Montgomery, Notary Public

"OFFICIAL SEAL"
CHERIE L. MONTGOMERY
COMMISSION EXPIRES 02/02/08

**CERTIFICATE**

I, the undersigned officer of **RLI Insurance Company**, a stock corporation of the State of Illinois, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** this ____ day of ___FEB 12 2008___.

**RLI Insurance Company**

By: _____ Roy C. Die, Vice President

0433477020208

A0058707