UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Ticor Title Insurance Co.,

                            Plaintiff,

                                                      08 CIVIL 1336 (LBS)

       -against-

Empire Logging and Timber, LLC,
and Robert E. Baschmann, Jr.
                          Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Paul H. Cohen

☐   *Attorney*

      ☒   I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PC 0026

      ☐   I am a Pro Hac Vice attorney

      ☐   I am a Government Agency attorney

☐   *Law Firm/Government Agency Association*

      From: Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)

      To:   Dewey & LeBoeuf LLP

      ☒   I will continue to be counsel of record on the above-entitled case at my new firm/agency.

      ☐   I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐   *Address:*   1301 Avenue of the Americas, New York, NY 10019

☐   *Telephone Number:*   212 259-8145

☐   *Fax Number:*   212 259-6333

☐   *E-Mail Address:*   pcohen@dl.com

Dated: 2/14/08