USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TICOR TITLE INSURANCE CO.                  :

                Plaintiff,            :         **ORDER**

  -against-                                         :         08 Civ. 1336 (LBS)

EMPIRE LOGGING AND TIMBER LLC, and    :
ROBERT E. BASCHMANN, JR.,

                Defendants.         :
------------------------------------------------------------x

SAND, J.

        In light of the circumstances described by plaintiff's counsel of efforts having been made to effect personal service on defendant Robert E. Baschmann, all of which indicate his awareness of pendency of this suit, but his unwillingness to facilitate or enable personal service, the Court extends the existing restraints upon the defendants Empire Logging and Timber, LLC, and Robert E. Baschmann, Jr. as set forth in the order to show cause of February 11, 2008.

        As a consequence of those restraints, Empire Logging, Baschmann, their representatives, agents, employees, and all persons acting in concert or in participation with them who receive actual notice of this order, by personal service or otherwise, must:

        One, cease and desist from withdrawing, transferring, or disposing of any funds first deposited by loan application into Ticor Title's escrow accounts in connection with defendant's so-called, "private lending source programs," and then transmitted by Ticor Title to the defendant's Bank of China account number 01006012.

        And two, cease and desist from making any representation to the public that the

defendants are associated with, or related to Ticor Title, whether in promotional materials or by unauthorized use of the website www.washingtontitle.com, or otherwise, in connection with defendant's so-called, "private lending source programs."

Such restraints shall continue in force until this Court enters an order declaring that the restraints are no longer in force.

SO ORDERED.

Dated:   New York, New York
         February 14, 2008

_____
U.S.D.J.