UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

TICOR TITLE INSURANCE CO.,

        Plaintiff,

    -v-

EMPIRE LOGGING AND TIMBER, LLC, and
ROBERT E. BASCHMANN, JR.,

        Defendants.

------------------------------------------------------------ x

Case No. 08 Civ. 1336 (LBS)

STATE OF NEW YORK      )
                                  ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF SERVICE

Kevin Kohberger, being duly sworn, does hereby depose and say:

1.    I am over 18 years of age, not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP, located at 1301 Avenue of the Americas, New York, NY 10019.

2.    On Monday, February, 11, 2008, at approximately 4:45 p.m. I served a true copy of ORDER TO SHOW CAUSE WITH DECLARATION OF PAUL H. COHEN AND AFFIDAVIT OF BRIAN K. LAMB, upon BANK OF CHINA, by leaving it with, JOHN BEAUCHEMIN, Chief Compliance Officer, who accepted service on behalf of Bank of China, located at 410 Madison Avenue, New York, NY 10017.

3.  Mr. Beauchemin may be described as an Caucasian male, approximately 5'10" in height, approximately 150 lbs., approximately 50-55 years of age, with glasses.

*Kevin Kohberger*
Kevin Kohberger
Lic No. 1222809

Sworn to before me this
12th day of February, 2008

*Debra K Senior*
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 20 11