UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TICOR TITLE INSURANCE CO., :
:
              Plaintiff, : Index No. 08 Civ. 1336 (LBS)
:
: AFFIDAVIT OF SERVICE
  -v- :
:
:
EMPIRE LOGGING AND TIMBER, LLC, and :
ROBERT E. BASCHMANN, JR., :
:
              Defendants. :
-------------------------------------------------------------- x

STATE OF NEW YORK  )
                            SS.:
COUNTY OF NEW YORK  )

       KEVIN KOHBERGER, being duly sworn, deposes and says, I am not a party to the action, am over 18 years of age and am employed by the law firm of Dewey & LeBoeuf LLP..

       On the 14th day of February, 2008, I served a true and correct copy of the following documents:

       1). SUMMONS IN A CIVIL ACTION;

       2). COMPLAINT;

       3). CIVIL COVER SHEET;

       4). ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER;

       5). PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A TEMPORARY RESTRAINING ORDER ENJOINING DEFENDANTS FROM WITHDRAWING, TRANSFERRING OR DISPOSING OF CERTAIN FUNDS AND

MAKING ANY REPRESENTATIONS TO THE PUBLIC THAT THE DEFENDANTS ARE ASSOCIATED WITH OR RELATED TO TICOR TITLE INSURANCE COMPANY;

      6). RULE 7.1 DISCLOSURE STATEMENT;

      7). INDIVIDUAL PRACTICE RULES OF JUDGE SAND,

      8). INDIVIDUAL PRACTICE RULES OF MAGISTRATE JUDGE DEBRA FREEMAN, and

      9). THE BOND FOR THE TEMPORARY RESTRAINING ORDER,

      10). MEMO ENDORSED DATED 2/13/08 BY JUDGE SAND UPON PAUL H. COHEN'S LETTER,

      11). ORDER BY JUDGE SAND DATED 2/14/08.

via federal express upon the following defendants:

Mr. Robert Baschmann, Jr.
Key Bridge Marriott
1401 Lee Highway
Arlington, Virginia 22209

 

_____
KEVIN KOHBERGER
Lic. No. 1222809

Sworn to before me this
14th day of February, 2008

_____
NOTARY PUBLIC

ANNE OCONNOR
NOTARY PUBLIC, State of New York
No. 01OC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires May 22, 2011

## Track Shipments/FedEx Kinko's Orders
## Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 915369849906 | **Reference** | BUSINESS DEVELOPMENTK. KOLBERGER |
| **Signed for by** | M.MOHMAD | | |
| **Ship date** | Feb 14, 2008 | **Department number** | BUSINESS DEVELOPMENT |
| **Delivery date** | Feb 15, 2008 9:22 AM | | |
| | | **Destination** | ARLINGTON, VA |
| | | **Delivered to** | Receptionist/Front Desk |
| | | **Service type** | Priority Pak |
| | | **Weight** | 2.0 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | Yes | | |

| Date/Time | | Activity | Location |
|---|---|---|---|
| Feb 15, 2008 | 9:22 AM | Delivered | ARLINGTON, VA |
| | 8:11 AM | On FedEx vehicle for delivery | ALEXANDRIA, VA |
| | 7:01 AM | At local FedEx facility | ALEXANDRIA, VA |
| | 5:02 AM | At dest sort facility | DULLES, VA |
| | 4:05 AM | Departed FedEx location | NEWARK, NJ |
| Feb 14, 2008 | 11:15 PM | Left origin | NEW YORK, NY |
| | 8:10 PM | Picked up | NEW YORK, NY |
| | 6:40 PM | Package data transmitted to FedEx | |

Signature proof | E-mail results | Track more shipments/o

Subscribe to tracking updates (optional)

Your name: 

Your e-mail address:

| E-mail address | Language | Exception updates |
|---|---|---|
| | English | |
| | English | |
| | English | |
| | English | |

**Select format:** ⊙ HTML ○ Text ○ Wireless

**Add personal message:**

Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceNum=&backTo=&templ...    2/15/2008