UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
TICOR TITLE INSURANCE CO.,                :
                                          :
                Plaintiff,                :
                                          :     Case No. 08 Civ. 1336 (LBS)
                                          :
       -v-                                :
                                          :
                                          :
EMPIRE LOGGING AND TIMBER, LLC, and       :
ROBERT E. BASCHMANN, JR.,                 :
                                          :
                Defendants.               :
------------------------------------------------------------------- x


STATE OF NEW YORK          )
                           ss.:
COUNTY OF NEW YORK         )

## AFFIDAVIT OF SERVICE

Kevin Kohberger, being duly sworn, does hereby depose and say:

1.     I am over 18 years of age, not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP, located at 1301 Avenue of the Americas, New York, NY 10019.

2.     On Thursday, February, 14, 2008, at approximately 3:30 p.m. I served a true copy of MEMO ENDORSED DATED 2/13/08 BY JUDGE SAND UPON PAUL H. COHEN'S LETTER and TRANSCRIPT OF 2/14/08 PROCEEDINGS, upon BANK OF CHINA, by leaving it with, NORBERTO J. MORRICE, Vice President, Compliance Officer, Compliance Department, who accepted service on behalf of Bank of China, located at 410 Madison Avenue, New York, NY 10017.

    3.    Mr. Morrice may be described as a Hispanic male, approximately 6'1" in height, approximately 200 lbs., approximately 50-55 years of age, with gray hair.

*[signature]*
Kevin Kohberger
Lic No. 1222809

Sworn to before me this
14th day of February, 2008

*[signature]*
NOTARY PUBLIC

ANNE OCONNOR
NOTARY PUBLIC, State of New York
No. 01OC6042348
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires May 22, 2011