UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------  x
TICOR TITLE INSURANCE CO.,                           :
                                                     :
                     Plaintiff,                      :
                                                     :          Case No. 08 Civ. 1336 (LBS)
                                                     :
          -v-                                        :
                                                     :
                                                     :
EMPIRE LOGGING AND TIMBER, LLC, and                  :
ROBERT E. BASCHMANN, JR.,                            :
                                                     :
                     Defendants.                     :
------------------------------------------------------------------  x


STATE OF NEW YORK          )
                           ss.:
COUNTY OF NEW YORK         )

### AFFIDAVIT OF SERVICE

Kevin Kohberger, being duly sworn, does hereby depose and say:

1.      I am over 18 years of age, not a party to this action, and am employed by the law firm of Dewey & LeBoeuf LLP, located at 1301 Avenue of the Americas, New York, NY 10019.


2.      On Friday, February, 15, 2008, at approximately 9:30 a.m. I served a true copy of ORDER BY JUDGE SAND DATED 2/14/08, upon BANK OF CHINA, by leaving it with, RON XU, Legal Department, who accepted service on behalf of Bank of China, located at 410 Madison Avenue, New York, NY 10017.

3.      Mr. Xu may be described as an Asian male, approximately 5'10" in height, approximately 45 years of age, with black hair, and brown eyes.

_Kevin Kohberger_
Kevin Kohberger
Lic No. 1222809

Sworn to before me this
15th day of February, 2008

_Debra K. Senior_
NOTARY PUBLIC

DEBRA K. SENIOR
NOTARY PUBLIC, State of New York
No. 01SE6174396
Qualified in Dutchess County
Certificate Filed in New York County
Commission Expires September 17, 201_