UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Ticor Title Insurance Co.

vs.                                        Case No. 08-CV-1336

Empire Logging and Timber LLC, et al.


DECLARATION OF REASONABLE DILIGENCE


STATE OF DISTRICT OF COLUMBIA
CITY OF WASHINGTON


I, MICHAEL R. REEDER, having been duly authorized to make service of the Summons; Complaint; Civil Cover Sheet; Rule 7.1 Disclosure; Individual Practices of Judge Sand; Individual Practices of Magistrate Judge Debra Freeman; Order To Show Cause with Declaration of Paul H. Cohen, Affidavit of Brian K. Lamb and Exhibits 1 - 9; Plaintiff's Memorandum of Law in Support of its Motion for a Temporary Restraining Order Enjoining Defendants from Withdrawing, Transferring or Disposing of Certain Funds and Making any Representations to the Public that the Defendants are Associated with or Related to Ticor Title Insurance Company; Temporary Restraining Order; Letter dated February 12, 2008 endorsed by Judge Sand on February 13, 2008; and Order dated February 14, 2008 by Judge Sand in the above entitled case, hereby depose and say:

That my date of birth is 08-30-1976.

That my business address is 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this suit.

That after due search, careful inquiry and diligent attempts, I have been unable to serve the defendant, Robert E. Baschmann, Jr., with the above named process.

That on the 19th day of February, 2008 by 4:30 o'clock p.m., I attempted to serve the defendant, Robert E. Baschmann, Jr., at Key Bridge Mariott, 1401 Lee Highway, Arlington, Virginia 22209. On this occasion, I failed to observe Mr. Baschmann enter or leave the hotel lobby area. After some time, I spoke with the front desk attendant and was told that Mr. Baschmann checked out on the 16th day of February, 2008.

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

**MICHAEL R. REEDER**
Private Process Server

Subscribed and Sworn to before me
this ___21st___ day of _February_ 2008.

_____
Notary Public
My commission expires: 03·31·09
dil201962.lab