UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 1336
DATE FILED: FEBRUARY 11, 2008

*TICOR TITLE INSURANCE CO.*

*against*

*EMPIRE LOGGING AND TIMBER LLC, et al.*

CIVIL PROCESS

FEB 2 5 2008    Plaintiff(s)

LARAMIE COUNTY
SHERIFF'S DEPARTMENT

Defendant(s)

STATE OF WYOMING , COUNTY OF ~~CHEYENNE~~ Laramie , SS.:    RETURN    OF SERVICE

DJ Hudson being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____ Cheyenne, WY _____ . That on 02/25/08 at 1120 , at _____ Corp. Service Corporation at 1821 Logan Ave., Cheyenne, WY 82001 _____ deponent served the within Summons, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure, Order to Show Cause signed by Judge Sand 2/11/08

Bond for TRO, Plaintiff's Memo in Support of TRO, Judge Sand's: Memo 2/13/08, Order 2/14/08, Rules, Judge Freeman's Rules

on _____ EMPIRE LOGGING AND TIMBER LLC _____

a(n) _____ defendant herein _____ , by delivering thereat a true copy thereof to ARLENE HOLLOMAN - CLERK , personally, deponent knew said _____ defendant herein _____ so served to be the _____ defendant herein _____ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said _____ defendant herein _____ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: F    Skin Color: W    Hair Color: BLND
Age: UNKNOWN    Height: 5'06"    Weight: 140    Other: _____

SHAREN L. SCHNEIDER - NOTARY PUBLIC
COUNTY OF LARAMIE    STATE OF WYOMING
MY COMMISSION EXPIRES 5/25/09

Signed
~~Sworn to before me on~~ this 25 day of February, 2008

_____ 67 _____

Sharen L. Schneider
Notary Public    2/25/08

Server's Lic. No.

Affidavit # 9997993

ATTORNEY: Dewey & LeBoeuf LLP ,  Ph: 212-259-8000
ADDRESS:   1301 Avenue of the Americas New York NY 10019    File No.: