UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO. 08 CIV 1336
DATE FILED: FEBRUARY 11, 2008

*TICOR TITLE INSURANCE CO.*

Plaintiff(s)

*against*

*EMPIRE LOGGING AND TIMBER LLC, et al.*

Defendant(s)

[Stamps: CIVIL PROCESS MAR 4 2008 LARAMIE COUNTY SHERIFF'S DEPARTMENT; MAR 12 2008 U.S.D.C. S.D.N.Y. CASHIERS]

STATE OF WYOMING, COUNTY OF LARAMIE , SS.:    RETURN    OF SERVICE

_Kenny Thomas/Dep. Sheriff_ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____ Cheyenne, WY _____. That on __3\4\08__ at __1407__, at _____ Corp. Service Corporation at 1821 Logan Ave., Cheyenne, WY 82001 _____ deponent served the within _____ Amended Complaint _____ _to Melissa Stone, paralegal of, at + for Corporation Service Company_ or as agent for ___ EMPIRE LOGGING AND TIMBER LLC ___

a(n) ___ defendant herein ___, by delivering thereat a true copy thereof to __MELISSA STONE, PARALEGAL__ personally, deponent knew said ___ defendant herein ___ so served to be the ___ defendant herein ___ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said ___ defendant herein ___ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __F__  Skin Color: __W__  Hair Color: __B__
Age: __±37__  Height: __±5'10"__  Weight: __±125#__  Other: _____

Sworn to before me on this __4TH__ day of __March, 2008__

_Sharen L. Schneider_ [Notary seal: SHAREN L. SCHNEIDER - NOTARY PUBLIC, COUNTY OF LARAMIE, STATE OF WYOMING, MY COMMISSION EXPIRES 5/23/09]

_Kenny Thomas, Deputy Sheriff, Laramie County_
KENNY THOMAS
Affidavit #9998232

ATTORNEY: Dewey & LeBoeuf LLP , Ph: 212-259-8000
ADDRESS: 1301 Avenue of the Americas New York NY 10019    File No.:

*PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TICOR TITLE INSURANCE CO.,

        Plaintiff,

   -v-

EMPIRE LOGGING AND TIMBER, LLC, and
ROBERT E. BASCHMANN, JR.,

        Defendants.
-------------------------------------------------------------- x

Index No. 08 Civ. 1336 (LBS)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          SS.:
COUNTY OF NEW YORK  )

      PAUL H. COHEN, being duly sworn, deposes and says, I am associated with the law firm of Dewey & LeBoeuf LLP, attorneys for Plaintiff herein.

      On the 3rd day of March, 2008, I served a true and correct copy of the AMENDED COMPLAINT via electronic mail upon the following defendants:

Robert E. Baschmann Jr.
rbaschmannjr@starband.net

Attached hereto is a copy of the email addressed to Mr. Baschmann.

                                              _____
                                                 PAUL H. COHEN

Sworn to before me this
3rd day of March, 2008

_____
NOTARY PUBLIC
KEVIN M. KOHBERGER
NOTARY PUBLIC, State of New York
No. 01KO6147080
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 30, 2010

## Cohen, Paul

| | |
|---|---|
| **From:** | Cohen, Paul |
| **Sent:** | Monday, March 03, 2008 2:20 PM |
| **To:** | 'rbaschmannjr@starband.net' |
| **Subject:** | Ticor Title v. Empire Logging et ano., 08 civ. 1336 (LBS) |
| **Attachments:** | 08cv1336 - Amended Complaint.pdf |

Please see the attached.

---

Paul H. Cohen
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019
Direct: +1 212 259 8145
General: +1 212 259 8000
Fax: +1 212 259 6333
Mobile: +1 917 647 6450
pcohen@dl.com
www.dl.com

3/3/2008